# IN THE UNITED STATES DISTRICT COURT
## WESTERD DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**v.**                            **NO: 2.20CR20017-001-018**

**MICHAEL DEAN WILSON**                                                   **DEFENDANT**

### MOTION TO CONTINUE

COMES NOW, MICHAEL DEAN WILSON, by and through his attorney, Tyler H. Benson, Catterlin & Arnold, and for his Motion to Continue does state as follows:

1. This Court has jurisdiction over the subject matter and persons; venue is proper.
2. The Defendant is charged one count of Conspiracy to distribute a controlled substance, methamphetamine, in violation of 21 U.S.C. Section 841(a)(1) and 21 U.S.C 846
3. This matter is set for trial on November 23, 2020.
4. That the Defendant is detained at the Sebastian County Detention Center (SCDC).
5. That due to the current Coronavirus pandemic, all attorney/client visitations must be via Zoom. That SCDC requires attorneys to make appointments to visit their clients.
6. That due to the volume of requests, appointments must be made in advance of at least a week. Furthermore, client visits were unavailable on November 11, 2020 as SCDC was observing Veteran's Day.
7. That due to scheduling, Defendant's counsel cannot see Defendant until Wednesday, November 18, 2020 which is past this Court's scheduling deadline.
8. That Defendant respectfully requests this Court continue this matter.
9. That the Government does not object to continuing this matter.

WHEREFORE, Defendant prays this Court continue this matter and for any other relief this Court may deem appropriate.

        Respectfully Submitted,

        Michael Dean Wilson, Defendant

By: _____

  Tyler H. Benson #2011164

  Catterlin and Arnold

  5502 W Walsh Ste 101

  Rogers, AR 72758

  (479) 571-0110

  tbenson@catterlinlaw.com

## CERTIFICATE OF SERVICE

    I, Tyler H. Benson, attorney for the defendant herein, hereby state that I filed this document on electronically, and service of such will be provided to:

Brandon Carter

Assistant United States Attorney

Brandon.T.Carter@usdoj.gov

_____

Tyler H. Benson