US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

DEC 07 2020

DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                PLAINTIFF

V               CASE NO.: 2:20CR20017-001-018

MICHAEL DEAN WILSON                                     DEFENDANT

## MOTION TO INTERVENE AND OBJECT TO FORFIETURE

COMES NOW, Deanna Copeland, girlfriend of Defendant, Michael Dean Wilson through her attorney, Sara F. Merritt and for her Motion to Intervene and Object to Forfieture states:

1. That an indictment was filed including an intent to seek criminal forfeiture including $10,040.00 seized from Michael Dean Wilson on September 10, 2020.

2. The $10,040.00 seized was the property of Deanna Copeland and was not the proceeds of drug trafficking.

3. This money was proceeds of her unemployment benefits. See attached.

4. Deanna Copeland objects and wishes to have the money seized returned to her.

WHEREFORE, Deanna Copeland, prays this motion be granted.

Respectfully Submitted,

Sara F. Merritt, #89057
Merritt Law Firm
2902 E. Kiehl Avenue, Suite 1B
Sherwood, AR 72120
email: momdrab@aol.com
501/864-7500
501/864-7508 Fax

## CERTIFICATE OF SERVICE

I, Sara F. Merritt, hereby certify that I have this 7th day of December, 2020, delivered to the below listed parties, by mail, a copy of the within pleading.

Brandon Carter
Asst. United States Attorney
414 Parker Avenue
Fort Smith, AR 72901

Sara F. Merritt