

Pandemic Unemployment Assistance

Español

Hello
DEANNA COPELAND
COPELAND2-babledee2098@gmail.com

AC... 3916122 DEANNA LYNN COPELAND

## Claims Summary

Approved

| | |
|---|---|
| Weeks | 33 |
| Amount | $13,356 |

Review Claim Determinations